OPINION — AG — **** ELECTIONS — CAMPAIGN CONTRIBUTIONS, EXPENSES — REPORT **** UNDER 26 O.S. 1968 Supp., 423.1-423.10 [26-423.1] — [26-423.10], THE CANDIDATES MUST FILE A FINAL REPORT NOT MORE THE 15 DAYS AFTER THE DATE OF THE GENERAL ELECTION. AN ADDITIONAL REPORT MUST BE FILED WITHIN 6 MONTHS AFTER THE DATE OF THE GENERAL ELECTION IF ADDITIONAL CONTRIBUTIONS ARE RECEIVED DURING THAT TIME SAM I. HELLMAN